# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**WENDY L. MAURO,**                                                                                   **PLAINTIFF,**

**VS.**                                                           **CIVIL ACTION NO. 2:07CV104-P-A**

**CONAGRA FOODS, INC.,**                                                                         **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's motion to stay proceedings pending transfer to the Judicial Panel on Multidistrict Litigation [3]. After due consideration of the motion, the court finds that it should be denied given no order or conditional order to transfer has yet been issued by the MDL panel.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's motion to stay [3] is **DENIED**.

**SO ORDERED** this the 14th day of August, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE