IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**WENDY L. MAURO,**                                              **PLAINTIFF,**

**VS.**                                              **CIVIL ACTION NO. 2:07CV104-P-A**

**CONAGRA FOODS, INC.,**                                              **DEFENDANT.**

## ORDER

This matter comes before the court upon the defendant's motion to stay proceedings pending transfer to MDL Panel No. 1845 [19]. After due consideration of the motion, the court finds as follows, to-wit:

Given the court has denied the plaintiff's motion to remand and the defendant received a conditional transfer order on August 10, 2007 to MDL Panel No. 1845, the court finds that the instant motion to stay proceedings pending a final transfer order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's motion to stay [19] is **GRANTED**; therefore,

(2) This action is **STAYED** until such time the parties receive a final transfer order from MDL Panel No. 1845 or the plaintiff successfully challenges the conditional transfer order.

**SO ORDERED** this the 23rd day of August, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE